In the Matter of the Application of NEW YORK CENTRAL ELECTRIC CORPORATION, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, and the SOUTHERN TIER GAS CORPORATION, Defendants.— Motion for reargument denied. Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See ante, p. 801.]

MARY W. GIBSON, Appellant, v. CHRISTIAN KUEHN, Individually and Doing Business under the Assumed Name of FIDDLE SHOP, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

KENNEDY VAN SAUN MANUFACTURING AND ENGINEERING CORPORATION, Appellant, v. MILLER BROS. CONSTRUCTION COMPANY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

CAROLINE SCHENKEL, Respondent, v. JACOB SCHENKEL, Appellant.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the alimony was fixed by the final judgment, which was reversed by this court, and the right to alimony, provided for under the judgment, fell with its reversal. The language used in the order granting the stay in this court had no effect upon plaintiff's right to alimony. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Heffernan, J., dissents on the ground that the reversal of the judgment did not affect respondent's right to collect from appellant the amount of unpaid alimony accrued prior to the entry of the order of reversal.